Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HAMID REZA HEDAYAT ZADEH
Plaintiff - Petitioner

vs

MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR., Director of the United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego. Defendants - Respondents

FILED
07 NOV 20 PM 4:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2220 JAH (CAB)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Hamid Reza Hedayat zadeh
P.O. Box 1540
Poway - CA 92074

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

P. DELA CRUZ

By _____, Deputy Clerk

NOV 2 0 2007
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)