UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

HAMID REZA HEDAYAT ZADEH

    Plaintiff/Petitioner

vs.

MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego

    Defendants,/Respondents

Civil Np: '07 CV 2220 JAH (CAB)

**REQUEST TO ENTER DEFAULT**

---

TO: THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

    Please enter default of defendants MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of HAMID REZA HEDAYAT ZADEH, the Plaintiff.

Dated: San Diego, California

Jan/22/ , 2008

By: _____

HAMID REZA HEDAYAT ZADEH