SHOKOUFEH NOROUZINIA
HAMID REZA HEDAYAT ZADEH
P.O. BOX 1540
POWAY, CA 92074
Pro se Petitioners/Plaintiffs

FILED
08 JAN 28 PM 3:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

SHOKOUFEH NOROUZINIA
HAMID REZA HEDAYAT ZADEH
       Plaintiff/Petitioner

vs.

MICHAEL CHERTOFF, Secretary of D.H.S.
EDUARDO AGUIRRE JR., Director of U.S.C.I.S.
OFFICE OF U.S.C.I.S. San Diego County
       Defendants/Respondents

CASE NO: 07 CV 2220 JAH (CAB)
+ 07 CV 2219 LQH (POR)

PROOF OF SERVICE

I, FARZAD FARIDI, certify that true copies of the foregoing PETITION FOR HEARING ON NATURALIZATION APPLICATION UNDER USC §1447(B) FOR A STALLED NATURALIZATION APPLICATION for both Plaintiffs HAMID REZA HEDAYATZADEH and SHOKOUFEH NOROUZINIA were mailed in sealed envelopes with postage fully prepaid by First Class U.S.

(1)

Mail, certified delivery with return receipt at San Diego, California, on November 21, 2007, addressed to:

(1) Michael CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE, JR. Director of the United States Citizenship and Immigration Services (CIS); OFFICE OF U.S. CITIZENSHIP and IMMIGRATION SERVICES for the County of San Diego, 880 Front street, suite B268 San Diego, CA 92101

and

(2) Office of General Counsel United States Department of Homeland Security, Washington, D.C. 20528

[signature]

FARZAD FARIDI
submitted on January 28, 2008

(2)

## CERTIFICATE OF SERVICE BY MAIL

I certify that I am not a party to this case. I certify that true copies of the foregoing PETITION FOR HEARING ON NATURALIZATIO APPLICATION UNDR USC § 1447 (B) FOR A STALLED NATURALIZATION APPLICATION for both petitioners SHOKOUFEH NOROUZINIA and HAMID REZA HEDAYAT ZADEH were mailed in sealed envelopes with postage fully prepaid by First Class U.S. Mail, certified delivery with return receipt at San Diego, California, on November 21, 2007 addressed to:

MICHAEL CHERTOFF,
Secretary of the Department of Homeland Security;
EDUARDO AGUIRRE JR.
Director of the United States Citizenship and Immigration Services (CIS);
Office of U.S. Citizenship and Immigration Service for the County of San Diego
880 Front Street, Suite B268
San Diego, CA 92101

and

Office of General Counsel
United States Department of Homeland Security,
Washington, D.C. 20528

_____
Farzad Faridi

Submitted on November 28, 2007

ORIGINAL PROOF OF SERVICE PER DATE SHOWN ABOVE

5