UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB -8 PM 12: 55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

HAMID REZA HEDAYAT ZADEH

    Plaintiff/Petitioner

Civil No: '07 CV 2220 JAH (CAB)

vs.

**REQUEST TO ENTER DEFAULT**

MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego

    Defendants,/Respondents

---

TO: THE CLERK
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA

    Please enter default of defendants MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of HAMID REZA HEDAYAT ZADEH, the Plaintiff.

Dated: San Diego, California

__02/07__, 2008

                                            By: _Hedayzadeh_
                                                HAMID REZA HEDAYAT ZADEH

REQUEST TO ENTER DEFAULT - 1