UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 FEB -8 PM 12: 55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

HAMID REZA HEDAYAT ZADEH

Plaintiff/Petitioner

Civil No: '07 CV 2220 JAH (CAB)

vs.

MICHAEL CHERTOFF, Secretary of The Department of Homeland Security; EDUARDO AGUIRRE JR. Director of The United States Citizenship and Immigration Services (CIS); Office of U.S. Citizenship and Immigration Service for the County of San Diego

Defendants,/Respondents

**AFFIDAVIT IN SUPPORT FOR REQUEST TO ENTER DEFAULT**

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF SAN DIEGO  )

HAMID REZA HEDAYAT ZADEH, being duly sworn, deposes and says:

1. I am a private individual Plaintiff and appear before this Honorable Court in the above-entitled action in *pro se*.

2. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of California in support of my application for the entry of a default judgment against the defenders.

3. This is an action to compel United States Citizenship and Immigration Service ("USCIS") to conclude Plaintiff's stalled application for naturalization under USC §1447 (B) without further delay.

4. Jurisdiction and venue of this action lie with this Court which is the United States District Court for the Southern District of California and is further appropriate for the following reasons: (A) Plaintiff at all times herein mentioned resided in this district; (B) Defendants

-1-

AFFIDAVIT IN SUPPORT FOR REQUEST TO ENTER DEFAULT

1. engaged, and continued to engage extensively in matter of immigration and homeland security in district; and (C) all events giving rise to Plaintiff's claim arose in this district.

5. This action commenced on November 20, 2007 by the filing of the summons and complaint. Copies of the summons and the complaint were served on the defendants on November 21, 2007, by United States Mail, Certified with return receipt and proof of service was submitted to the Court by regular First Class U.S. Mail by the server of the process Farzad Faridi, an individual who is over the age of 18 years and not a party to this action. The defendants have not answered the complaint and the time for the defendants to answer the complaint has expired.

6. The relief sought in this action is for the final adjudication in Court and by the Court of Plaintiff's <u>Stalled Naturalization Application under USC §1447(b)</u>, which application was granted on May 5, 2005.

7. The relief sought in this action *in the alternative* is for an order remanding the same to USCIS with instructions for immediate and final adjudication of Plaintiff's <u>Stalled Naturalization Application under USC §1447(b)</u>.

8. WHEREFORE, Plaintiff requests the entry of Default and the entry of the annexed judgment(s) against defendants.

Dated: San Diego, California
(date)_____



                                                                   _____
                                                                   Pro Se Plaintiff/Petitioner
Sworn to before me this _____                                      Hamid Reza Hedayat Zadeh
Day of _____, _____


*See Attached Notarial Certificate

_____
Notary Public

-2-

AFFIDAVIT IN SUPPORT FOR REQUEST TO ENTER DEFAULT

# Jurat

State of California

County of __SAN DIEGO__

Subscribed and sworn to (or affirmed) before me on this __07__ day of __FEB__,
20__08__ by __HAMID REZA HEDAYAT ZADEH__,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature

(Notary seal)

OFFICIAL SEAL
C. HARRIS
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1621264
SAN DIEGO COUNTY
MY COMM. EXP. NOV 22, 2009

## OPTIONAL INFORMATION

**DESCRIPTION OF THE ATTACHED DOCUMENT**

__AFFIDAVIT IN SUPPORT FOR__
(Title or description of attached document)

__REQUEST TO ENTER DEFAULT__
(Title or description of attached document continued)

Number of Pages __02__   Document Date _____

_____
(Additional information)

### INSTRUCTIONS FOR COMPLETING THIS FORM

*The wording of all Jurats completed in California after January 1, 2008 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one which does contain proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the jurat process is completed.
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Signature of the notary public must match the signature on file with the office of the county clerk.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  ❖ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
- Securely attach this document to the signed document

2008 Version CAPA v1.9.07  800-873-9865  www.NotaryClasses.com

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID REZA HEDAYAT ZADEH )<br>　　　Petitioner/Plaintiff )<br>　　　vs. )<br>　　　　　　　　　　　　　　　　　　)<br>MICHAEL CHERTOFF, Secretary )<br>of The Department of Homeland )<br>Security; EDUARDO AGUIRRE JR. )<br>Director of The United States )<br>Citizenship and Immigration Services )<br>(CIS); Office of U.S. Citizenship )<br>and Immigration Service for the )<br>County of San Diego )<br>　　　Defendants/Respondents ) | Case No. '07 CV 2220 JAH (CAB)<br><br>**DECLARATION OF SERVICE**<br><br>Person Served:<br>_THE CLERK_<br>Date Served:<br><br>_2-08-08_ |

I, the undersigned declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; that I served the above named person the following documents: _Affidavit in Support for Request to enter default, (AND) Request to enter Default_
in the following manner: (check one)

1) ✓      By personally delivering copies to the person served.

2) ⊙      By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

3)      By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of his office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left.

4)      By placing a copy in a separate envelope, with postage fully prepaid, for each address named below and depositing each in the U.S. Mail at _____ on _____, 20__

Executed on _Feb, 8_, 20_08_ at _San Diego, CA_

_____
_FARZAD FARIDI_