KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID REZA HEDAYAT ZADEH,<br><br>           Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE JR., Director of the United States Citizenship and Immigration Services (CIS); Office of CIS for the County of San Diego,<br><br>           Defendants. | Case No. 07cv2220 JAH (CAB)<br><br>JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>[Fed.R.Civ.P. 6(b)(1)] |

COME NOW THE PARTIES, Plaintiff Hamid Reza Hedayat Zadeh, and Defendants Michael Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline Clark, Assistant United States Attorney, and hereby jointly move the Court to extend the time for filing of Defendants' responsive pleading. The parties are working toward an extrajudicial resolution of Plaintiff's complaint, and the parties have agreed that additional time is required before Defendants' filing of any responsive pleading in order to pursue resolution of Plaintiff's claims without the intervention of the Court. In order to address Plaintiff's claims and without waiving Defendants' rights to defend the causes of actions and allegations, including the right to file any FED. R. CIV. P. 12 motions to dismiss, the parties jointly request this extension of time. Based upon the foregoing, it is respectfully

requested that the Court enter an order, under FED. R. CIV. P. 6(b)(1), expanding the time for the filing of Defendants' responsive pleading until **June 16, 2008**.

DATED:

        */s/ H. Hedayat Zadeh*
        HAMID REZA HEDAYAT ZADEH
        Plaintiff
        04/12/08

DATED: April 14, 2008

        KAREN P. HEWITT
        United States Attorney

        */s/ Caroline J. Clark*
        CAROLINE J. CLARK
        Assistant United States Attorney
        Attorneys for Defendants
        E-Mail: caroline.clark@usdoj.gov