1  KAREN P. HEWITT
   United States Attorney
2  CAROLINE J. CLARK
   Assistant U.S. Attorney
3  California State Bar No. 220000
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7491
   Facsimile: (619) 557-5004
6  E-mail: caroline.clark@usdoj.gov

7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  HAMID REZA HEDAYAT ZADEH,          )    Case No. 07cv2220 JAH (CAB)
                                       )
11            Plaintiff,               )
                                       )
12     v.                              )
                                       )
13  MICHAEL CHERTOFF, Secretary of the )    CERTIFICATE OF SERVICE
    Department of Homeland Security, et al., )
14                                     )
              Defendants.              )
15  _____   )

16

17  IT IS HEREBY CERTIFIED THAT:

18        I, Ana Strutton, am a citizen of the United States and am at least eighteen years of age.  My
    business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
19
          I am not a party to the above-entitled action. I have caused to be mailed **JOINT MOTION TO**
20  **EXTEND TIME FOR FILING OF RESPONSIVE PLEADING,** by the U.S. Postal Service, to the
    following non-ECF participants in this case:
21
    Hamid Reza Hedayat Zadeh
22  P.O. Box 1540
    Poway, CA 92074
23
    the last known address, at which place there is delivery service of mail from the U.S. Postal Service.
24  I declare under penalty of perjury that the foregoing is true and correct.

25        Executed on April 14, 2008.

26                                              Ana Strutton

27

28