UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID REZA HEDAYAT ZADEH,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE JR., Director of the United States Citizenship and Immigration Services (CIS); Office of CIS for the County of San Diego,<br><br>Defendants. | Case No. 07cv2220 JAH (CAB)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FILING OF RESPONSIVE PLEADING<br><br>[Docket No. 8] |

Having considered the parties' Joint Motion to Extend Time for Filing of Responsive Pleading (Docket No. 8) and finding the joint motion meritorious, the Court GRANTS the motion for extension of time and ORDERS under Federal Rule of Civil Procedure 6(b)(1) that the time in which Defendants shall file their answer or responsive pleading in the above captioned matter is extended until June 16, 2008.

**IT IS SO ORDERED.**

DATED: April 14, 2008

JOHN A. HOUSTON
United States District Judge