```
 1  KAREN P. HEWITT
    United States Attorney
 2  CAROLINE J. CLARK
    Assistant U.S. Attorney
 3  California State Bar No. 220000
    Office of the U.S. Attorney
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7491
    Facsimile: (619) 557-5004
 6  E-mail: caroline.clark@usdoj.gov

 7  Attorneys for Defendants

 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  HAMID REZA HEDAYAT ZADEH,      )   Case No. 07cv2220 JAH (CAB)
                                   )
12                Plaintiff,       )
                                   )   JOINT MOTION TO REMAND
13       v.                        )
                                   )
14  MICHAEL CHERTOFF, Secretary of the)
    Department of Homeland Security; )
15  EDUARDO AGUIRRE JR., Director of the)
    United States Citizenship and Immigration)
16  Services (CIS); Office of CIS for the)
    County of San Diego,           )
17                                 )
                  Defendants.      )
18  _____ )

19
20       COME NOW THE PARTIES, Plaintiff Hamid Reza Hedayat Zadeh, and Defendants Michael
21  Chertoff, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Caroline
22  Clark, Assistant United States Attorney, and hereby jointly move the Court to remand this case to U.S.
23  Citizenship and Immigration Services (USCIS) for adjudication. The undersigned attorney for the
24  Defendants has informed the Plaintiff that the FBI has completed its name check and that USCIS is now
25  prepared to complete its investigation and adjudication of Plaintiff's naturalization application. In the
26  //
27  //
28  //
```

event the naturalization application is not adjudicated within sixty days of the Court's order remanding the case, Defendants do not object to Plaintiff being granted sixty days leave to amend his complaint.

DATED: Jun/10/2008

_____
HAMID REZA HEDAYAT ZADEH
Plaintiff

DATED: 6/12/08

KAREN P. HEWITT
United States Attorney

_____
CAROLINE J. CLARK
Assistant United States Attorney
Attorneys for Defendants
E-Mail: caroline.clark@usdoj.gov