KAREN P. HEWITT
United States Attorney
CAROLINE J. CLARK
Assistant U.S. Attorney
California State Bar No. 220000
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7491
Facsimile: (619) 557-5004
E-mail: caroline.clark@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID REZA HEDAYAT ZADEH,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, et al.,<br><br>Defendants. | Case No. 07cv2220 JAH (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Yvette Reyes, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused to be mailed **JOINT MOTION TO REMAND**, by the U.S. Postal Service, to the following non-ECF participants in this case:

Hamid Reza Hedayat Zadeh
P.O. Box 1540
Poway, CA 92074

the last known address, at which place there is delivery service of mail from the U.S. Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008.

Yvette Reyes