UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID REZA HEDAYAT ZADEH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EDUARDO AGUIRRE JR., Director of the United States Citizenship and Immigration Services (CIS); Office of CIS for the County of San Diego,<br><br>    Defendants. | Case No. 07cv2220 JAH (CAB)<br><br>ORDER GRANTING JOINT MOTION TO REMAND<br><br>USCIS No. A74 434 854<br><br>[Docket No. 10] |

Having considered the parties' Joint Motion to Remand to U.S. Citizenship and Immigration Services (Docket No. 10) and finding the motion meritorious, the Court GRANTS the motion to remand. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within sixty days of this ORDER. Plaintiff has sixty days leave to amend his Complaint in the event the naturalization application is not adjudicated within sixty days of this ORDER.

**IT IS SO ORDERED.**

DATED: June 13, 2008

_____
JOHN A. HOUSTON
United States District Judge